UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-81421-WPD

PEDRO E. JUAN,
on his own behalf and all others similarly situated,,

    Plaintiff,

vs.

HEMATITE LAND PARTNERS, LLC;
HEMATITE AGGREGATES LLC;
PARTNERSHIP REPRESENTATIVE MANAGEMENT LLC;
ORNSTEIN-SCHULER GROUP LLC;
ORNSTEIN-SCHULER INVESTMENTS LLC;
ORNSTEIN-SCHULER CAPITAL PARTNERS LLC;
WEIBEL & ASSOCIATES, INC.;
ECOVENTURES LLC; GALT MINING LLC;
JASON D. BROWN;

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court on the Omnibus Order on Motions to Dismiss [DE 95] granting Defendants' motions to dismiss, and dismissing the Amended Complaint with prejudice, and the Motion for Judgment [DE 96]. Pursuant to Rule 58, the Court enters a separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Judgment [DE 96] is **GRANTED**.

2. Judgment is entered in favor of Defendants and against Plaintiff.

3. Plaintiff shall take nothing from Defendants in this action.

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

counsel of record